```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KATHERINE RASIAN,<br><br>       Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL,<br><br>       Defendant. | Civil Action<br>No. 16-7384 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Katherine Rasian seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as plaintiff indicated she is employed but did not include the gross *monthly* wage as well as *monthly* expenditures. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

**December 29, 2016**                        **s/ Jerome B. Simandle**
Date                                   JEROME B. SIMANDLE
                                         Chief U.S. District Judge